UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-25-MOC

| | |
|---|---|
| **JARRET LEE DOCKERY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of** | ) |
| **Social Security,** | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 17). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that attorney fees in the total amount of Six Thousand Nine Hundred Thirty-Eight Dollars and Twelve Cents ($6,938.12) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010).

The Court hereby awards EAJA fees, as follows:

1. Plaintiff is awarded 28.3 hours at $229.05 per hour in the first half of 2022 in the amount of $6,482.12 for attorney's fees under 28 U.S.C. § 2412(d):

2. Plaintiff is awarded 5.7 hours at $80.00 per hour in the amount of $456.00 for Paralegal Services.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses,

1

and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

Whether the check is made payable to Plaintiff or to Plaintiff's attorney, the check shall be mailed to Olinsky Law Group at the following address:

>250 South Clinton Street
>
>Suite 210
>
>Syracuse, NY 13202

**IT IS SO ORDERED**.

Signed: February 1, 2023

Max O. Cogburn Jr.
United States District Judge